UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN THOMAS (#177753)

VERSUS

TERRY DARBORNE, ET AL.

CIVIL ACTION

NO. 11-543-JJB-SCR

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 24, 2012 (doc. no. 22). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Dismiss Defendants' Motion for Partial Summary Judgment is DENIED and this action is DISMISSED, with prejudice to refiling the complaint in forma pauperis.

Baton Rouge, Louisiana, this 16th day of February, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA